## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Antoinette Battle

                    **Plaintiff,**

v.

Commissioner of Social Security,

                    **Defendant.**

_____/

    **CASE NUMBER: 14-10506**
    **HONORABLE VICTORIA A. ROBERTS**
    **MAGISTRATE JUDGE GRAND**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On October 31, 2014, Magistrate Judge Grand issued a Report and Recommendation [Doc.11], recommending that Defendant's Motion for Summary Judgment [Doc. 10] be GRANTED and Plaintiff's Motion for Summary Judgement [Doc. 9] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).

The Court adopts the Report and Recommendation. Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                    S/Victoria A. Roberts
                    Victoria A. Roberts
                    United States District Judge

Dated: December 5, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 5, 2014.

S/Linda Vertriest
Deputy Clerk

2